

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 18 2021

KEVIN P. WEIMER, Clerk
BY: ___ Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA**

THE EXCELLENT RAJ PATEL, from all
capacities,

*Plaintiff*

v.

THE UNITED STATES, THE PRESIDENT
OF THE UNITED STATES, THE
HONORABLE THE EXCELLENT JOE R.
BIDEN, in all capacities, THE
HONORABLE THE EXCELLENT
DONALD J. TRUMP, in all capacities, THE
STATE OF INDIANA, THE STATE OF
GEORGIA, BROWNSBURG POLICE
DEPARTMENT, EMORY UNIVERITY, the
UNIVERSITY OF NOTRE DAME DU LAC,
BROWNSBURG COMMUNITY SCHOOL
CORPORATION, AJAY NAIR, VERONICA
SYRETIA ROOT MARTINEZ, MARK
MCKENNA, AMY SPANOPOULOS, JAKE
BASKA, and ASCENSION ST. VINCENT
STRESS CENTER

*Defendants*

No. _____    1:21-CV-3376

### *PRO SE* **COMPLAINT**

I, Raj K. Patel (*pro se*), respectfully move this District Court for Northern District of

Georgia for this battery/assault through a bio-stress weapon to end and the privileges and/or

immunities (**privileges and/or immunities during and after office and for all acts before**

**taking office, as privileges or immunities are "basic" protections, in other words for and**

**against inherently violent things, such as for allowing use of force without statutory license**

**and against a bio-tech stress-depression weapon,** *see infra*) I hold under the United States

Constitution, including while I was Representative to the Indiana State Bar Association of the

Great State of Indiana and which I carry as 2013-2014 Student Government Association

President of Emory University, Inc. in Atlanta, Georgia and 2009-2010 Student Body President

of the Brownsburg Community School Corporation in Brownsburg, Indiana. 18 U.S.C. §§ 241-

242 and 245(b)(2)(A)-(B) and (F) and 28 U.S.C. § 1491(a)(1)-(2). U.S. const., art. IV, § 2[1] and

amend. XIV, § 1[2]; U.S. const., art. VI, § 1 and Grievance 21, Decl. of Independence (1776)[3];

U.S. const., art. IV, § 1; *United Building & Construction Trades Council v. Mayor and Council

of Camden*, 465 U.S. 208 (1984); *see also* 18 U.S.C. § 2385 ("political subdivision"). *United

States v. Arthrex, Inc.*, No. 19-1434 at p. 23, 594 U.S. ____ (2021) (Roberts, C.J., The

Constitutional hierarchy requires "the exercise of executive power [to remain] accountable to the

people.") ("executive power" includes power to correct, constrain, incapacitate, touch, assault,

kill, etc.). *See also Doe et al. v. The Trump Corp. et al.*, No. 1:18-cv-09936-LGS (S.D.N.Y.

2020), Dkt. 272 (subject matter found but denied intervention), *appeal denied* No. 20-1706 (2d

Cir. October 9, 2020) *certiorari denied, Patel v. Trump Corp.*, No. 20-1513 (U.S. 2021),

*rehearing denied*. **Central to my complaint, in this case number, is the Taking of my

intellectual property, my word patterns, through means and methods of advance

weaponry, which I know, through eye witnessing, is in control of the United States, such as

the F.B.I. and/or C.I.A.** *See generally* 18 U.S.C. § 175. In addition to the necessary trespass and

auto-stalking and because of the number of encounters I have had with and am having with this

stress weapon and the other parties involved, local, state and federal support was important or the

lack thereof. *See generally Asahi Metal Indus. Co. Ltd. v. Superior Court*, 480 U.S. 102 (1987)

(stream of commerce; supply-chain theory) and 18 U.S.C. §§ 1951 and 1961. **Counter-weapons

also do not work, which are available either over-the-counter or prescription, which would**

---

1. "The citizens of each state shall be entitled to all privileges and immunities of citizens in the several states."

2. "No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United
   States..." (includes state and federally created corporations).

3. Disengaging the bio-weapon is therefore a priority for the President of the United States.

**stop attack on the human evolution of my future direct descendants, as the weapon is closely connected with the brain.** Beyond these aforementioned statutory and constitutional matters, my First Amendment right to Free Exercise of Religion (i.e. gains for forward human evolution, including physical exercising; my religion tells me to workout; brain's religious-side was prevented from being used) (18 U.S.C. § 247(a)(2)), Academic Freedom, prohibition of Establishment of Religion (Plaintiff, who is Constitutionally styled "The Excellent" in the United States for his political executive offices, including from Emory University (school of one of President Obama's half-brothers, Mark Obama; Obama's father-sons relationships contra-applied to me), argues he is more likeable than Harvardians of The Rev. John Harvard's Harvard University, Inc.[4] which is allied and effectually with White, Indian, etc. terrorists, *see infra* Exhibit A; religion of the "Church of Likability"; *But see* science and facts; *contra. Id.* with the "suicide bomber students," social retards = Harvard University students, including cohorts of Harvard Medical School and Harvard Law School; cheaters and tone deaf; benefactors of the bio-tech stress weapon; "poor enoughs"), Fourth Amendment unlawful search and seizure, 13th Amendment, 5th and/or 14th Amendment Due Process, the Guarantee Clause, federally-prohibited "pains" were violated, breach of contract, defamation, theft of intellectual property (my verbatim word patterns), and civil-Racketeer Influenced and Corrupt Organizations ("R.I.C.O.") Act (with possible multiple predicate crimes) violations, tortious interference in a business transaction, honest services duties, and functional removal the constitutional *ispo facto* office of the a candidate for the United States Presidency. 18 U.S.C. §§ 1931-34 and 1951, and 1961 *et seq.* **(minimum two predicate acts include extortion of intellectual property, which is also Taking, interference of law school applications, interference with college applications,**

---

4. *Students for Fair Admissions, Inc. v. President and Fellows of Harvard College*, No. 20-1199 (U.S. 202_) (especially applicable to the 2009-2010 and 2014-2015 admissions cohorts).

**interference in academic coursework in middle school, high school, Emory University, and Notre Dame Law School, making me obese, interfering with my political subdivision incumbencies from 2009-2010, 2013-2014, and 2017, use of biological weapon, and use of neuro-chemical weapon**) and 42 U.S.C. § 1983. Art. 17, § 2 of the Universal Declaration of Human Rights of the United Nations; 18 U.S.C. §§ 1961–1968 and 1343–1346; *United States v. Nixon*, 418 U.S. 683 (1974); and *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971). **Relief is proper under 28 U.S.C. §§ 1491(a)(1)-(a)(2) and the respective civil relief statutes for R.I.C.O., 18 U.S.C. §§ 1961 *et seq.*, honest services fraud, 18 U.S.C. §§ 1931-34, prohibition on intimidating in commerce, 18 U.S.C. § 1951, interstate and foreign racketeering, 18 U.S.C. § 1952, and civil rights remedies, 42 U.S.C. §§ 1981-1985 and 18 U.S.C. §§ 241 *et seq.*** *Cf.* U.S. const., amend. XI. (states not immune). I am a law student, who is on a voluntary separation of leave while in good standing, at the University of Notre Dame du Lac. **Nonetheless, the University of Notre Dame du Lac, in South Bend, Indiana, denies me my re-admissions permanently as of July-August 2021, even though medical professionals have expediently approved me for re-admissions since January 2018, and its acts violate the privileges of Juris Doctor and my intellectual property of carrying its Constitutionally-authorized degree of Juris Doctor. *See e.g.,* 18 U.S.C. §§ 241 *et seq.* (privilege of being a student; incumbency of being Representative from the Notre Dame Law School Student Bar Association to the Indiana State Bar Association) (University Counseling Center recommends to Jake Baska of the Notre Dame Law School to deny re-admissions via Amy Spanopoulos) (all university admissions is regulated by the United States Department of Defense, under top-top secret operations, as I know through partisan information) (local police is regulated by the United States Department of Homeland Security).**

## SUBJECT-MATTER JURISDICTION

**[1]** The United States Government is a defendant and the hegemon and a protector.

**[2]** The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States. 28 U.S.C. § 1331. Contract Cl., U.S. const., art. I, § 10, cl. 1.5. *See also* 28 U.S.C. §§ 1357 and 1367 ("supplemental jurisdiction.").

The United States Constitution, its laws, and its treaties are material to case-at-hand.

The Constitution is violated, especially the 5th Amendment Due Process (with Lenity), the 14th Amendment Due Process (with Lenity), the Privileges and Immunities Clause (*In re Quarles and Butler*, 158 U.S. 532 (1895)) (including but not limited to "the right to inform the United States authorities of violation of its laws"), the Privileges or Immunities Clause, and possibly the Guarantee Clause. *See* e.g., *United Building*, 465 U.S. at 208 and *Bivens*, 403 U.S. at 388.

Treaties of the United States which have been violated include, but are not limited to, the International Covenant on Civil and Political Rights (ICCPR), United Nations General Assembly Resolution 2200A (XXI), the Universal Declaration of Human Rights of the United Nations, and the Convention on Cybercrime (effective July 1, 2004) ("Additional Protocol to the Convention on Cybercrime, concerning the criminalisation of acts of a racist and xenophobic nature committed through computer systems," effective March 2006), and The Definitive Treaty of Paris (1783).[5]

Acts of Congress material to the case include, but are not limited to, 18 U.S.C. §§ 241-242 (deprivation of privileges and/or immunities), 18 U.S.C. §§ 1961-1968 (R.I.C.O.), 42 U.S.C.

---

5. All rivalrous force was deemed as a trespass to corporate sovereignty. Pet. for Re-Hearing, *Patel v. The Trump Corp.*, No. 20-1513 (U.S. 2021), p. 7.

§ 1981-1983 (deprivation of civil rights, 5th Amendment; theft of intellectual property), or 18 U.S.C. §§ 1931-1934 (honest services) (theft of intellectual property).

The Monroe Doctrine (1823) and a Founding Document, the Declaration of Independence (1776) ("certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness"), are also material, as it protects intellectual property. U.S. const., art. VI, § 1-2 ("Preceding Clause", prior treaty engagement; Supremacy Clause) (Paris Peace Treaty – Congressional Proclamation of Jan. 14, 1784 (*See* Yale Law School's Avalon Project, https://avalon.law.yale.edu/18th_century/parispr2.asp) (every citizen is required to uphold the Treaty of Paris "sincerely, strictly, and completely").

## WELL-PLEADED COMPLAINT STANDARDS

Motions drafted by *pro se* plaintiffs "are construed liberally and held to a less stringent standard than formal pleadings drafted by lawyers." *Fed. Exp. Corp. v. Holowecki*, 552 U.S. 389, 402 (2008); *Erickson v. Pardus*, 551 U.S. 89, 94 (2007); *McNeil v. United States*, 508 U.S. 106, 113 (1993).

Under Federal Rule of Civil Procedure 8(a)(2), a pleading must contain a "short and plain statement of the claim showing that the pleader is entitled to relief." As the Court held in *Bell Atlantic Corp. v. Twombly,* 550 U. S. 544 (2007), the pleading standard Rule 8 announces does not require "detailed factual allegations," but it… must contain sufficient factual matter, accepted as true, to "state a claim to relief that is plausible on its face." *Id.*, at 570. A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged. *Id.,* at 556. The plausibility standard is not akin to a "probability requirement," but it asks for more than a sheer possibility

that a defendant has acted unlawfully. *Id.* and *see also Iqbal*, 556 U.S. at 662. Motions "must be construed so as to do justice." Fed. R. Civ. P. 7(b) and 8(e).

For the parts in a complaint related to R.I.C.O, *H.J. Inc. v. NW Bell Tel. Co.*, 492 U.S. 229, 248-250 (1989) states, as precedent to *Twombly* (2007) and *Iqbal* (2009), that "the facts alleged in the complaint [,by a petitioner or prosecutor, must be read] in the light most favorable to petitioners…[and courts may only dismiss] the complaint if "it is clear that no relief could be granted under any set of facts that could be proved consistent with the allegations." *H.J. Inc.*, 492 U.S. at 248-250 citing *Hishon v. King & Spalding*, 467 U. S. 69, 73 (1984). "Congress drafted RICO broadly enough to encompass a wide range of criminal activity, taking many different forms and likely to attract a broad array of perpetrators operating in many different ways." *H.J. Inc.*, 492 U.S. at 248. Moreover,

> As [Supreme] Court stressed in *Sedima*, in rejecting a pinched construction of RICO's provision for a private civil action, adopted by a lower court because it perceived that RICO's use against non-organized-crime defendants was an "abuse" of the Act, "Congress wanted to reach both *legitimate' and 'illegitimate' enterprises."* 473 U.S. at 499. Legitimate businesses "enjoy neither an inherent incapacity for criminal activity nor immunity from its consequences"; and, as a result, § 1964(c)'s use "against respected businesses allegedly engaged in a pattern of specifically identified criminal conduct is hardly a sufficient reason for assuming that the provision is being misconstrued."

*Sedima, S.P.R.L. v. Imrex Co., Inc.*, 473 U.S. 479 (1985). In the concurrence of *H.J. Inc.*, 492 U.S. at 256, Justice Scalia wrote:

> However unhelpful its guidance may be, however, I think the Court is correct in saying that nothing in the statute supports the proposition that predicate acts constituting part of a single scheme (or single episode) can never support a cause of action under RICO. Since the Court of Appeals here rested its decision on the contrary proposition, I concur in the judgment of the Court reversing the decision below.

> *See generally Dred Scott v. Sandford*, 60 U.S. (19 How.) 393 (1857), *United States v.*

*Nixon*, 418 U.S. 683 (1974) (no person or no project/experiment is above the law, the Federalist

Project/Experiment), *Clinton v. Jones*, <u>520 U.S. 681</u> (1997) (individual's acts before becoming

president are not subject to Presidential immunity), and *Nixon v. Fitzgerald*, <u>457 U.S. 731</u> (1982)

(immunity limited to official acts). *See also* <u>Fed. R. Civ. P. 21</u>. *Cf.* parties to a case. "No man is

above the law and no man is below it: nor do we ask any man's permission when we ask him to

obey it," said United States President Theodore Roosevelt. *See also* Paris Peace Treaty –

Congressional Proclamation of Jan. 14, 1784 (every citizen should uphold the Treaty of Paris

"sincerely, strictly, and completely"). *See also* <u>U.S. const., amend. XI</u> (states not immune). *See*

*also Downs v. Bidwell*, <u>182 U.S. 244, 382</u> (1901) ("No higher duty rests upon this Court than to

exert its full authority to prevent all violation of the principles of the Constitution."). *U.S. v. Lee*,

<u>106 U.S. 196, 220</u> (1882) (Miller, J.):

> No man in this country is so high that he is above the law. No officer of
> the law may set that law at defiance with impunity. All the officers of the
> government, from the highest to the lowest, are creatures of the law and are bound
> to obey it. It is the only supreme power in our system of government, and every
> man who by accepting office participates in its functions is only the more strongly
> bound to submit to that supremacy and to observe the limitations which it imposes
> upon the exercise of the authority which it gives…
>
> Courts of justice are established not only to decide upon the controverted
> rights of the citizens as against each other, but also upon rights in controversy
> between them and the government…[the] Secretary of War…[and] officer had no
> more authority to make than the humblest private citizen.

## FACTUAL BACKGROUND AND COMPLAINT

In 2015, before Professor Veronica Root Martinez, who attended Georgetown University

of her undergraduate education and the University of Chicago for legal education, said a few

words before the first day of Contracts Class (engaging the bio-tech weapon), and the exams

were not graded until February or March 2016, due to Professor Root Martinez's pregnancy-

related grading delay, which changed employment summer 2016 prospective. In Summer 2017, I

was hired as Assistant Rector of Keenan Hall, but I resigned, in October 2017, as I was getting

ready to withdraw from Notre Dame. **In 2017, Professor Veronica Root Martinez started doing the same thing with different word patterns before most of the Corporate Compliance and Ethics Course.** *Doe v. Univ. of Notre Dame*, No. 3:17CV298-PPS/MGG (N.D. Ind. May. 8, 2017), p. 19 and *Ross v. Creighton University*, 957 F.2d 410, 416 (7th Cir. 1992). When walking into the University of Notre Dame, in 2015, I did not think that the law school would engage in this stress situation because of the risk of getting sued, but I also thought they would disengage it with President Obama's and/or the White House's orders. In Professor Veronica Root Martinez's class, I received an A- in her contracts class and had an A in her Corporate Compliance and Ethics course, before I took a voluntary separation of leave in good standing in November 2017, and I think her employer, Noter Dame Law School, made her participate. Mark Mckenna was my Torts professor, in Fall 2015, while he was at the University of Notre Dame Law School, before he transferred to UCLA Law; I do not know whether he had a choice to engage a stress weapon. **Currently, I have a ringing sound inside my head, which causes the stress; counter-weapons also do not work, which are available either over-the-counter or prescription. The ringing sound is also what I hear when the terrorist approaches, rather than an alarm, it is the engagement of the same or another bio-tech weapon; the weapon can make it so it feels like I have fainted and then woken up. Sometimes, the ringing sound tries to erase what I have just heard; I can hear a rewind sound too. In addition, when a word pattern or other intellectual property (body language, demeanor, etc.) is taken from me and used by a President of the United States or a candidate for the Presidency of the United States, I get a notice in my person, which highlights the connection. The same is true for a few Hollywood movies and daytime soap opera episodes, during President Trump's presidency; white rings were disseminated from**

**the soap opera screen and into my eye and from Instagram accounts too. [Specifics redacted for national security purposes.].**

**In 2016, I noticed a few times on television that Mr. Trump eluted to a scenario which made me further suspicious about my on-going privacy breach and stress**. I did not notice this happening while I was in Atlanta, Georgia as much while I was working for the City of Atlanta Law Department but did before and after I returned to Indiana.

In 2017, before and after the summer employment at Barnes & Thornburg LLP in Indianapolis, Indiana, **a few Notre Dame professors said my word patterns (from a previous conversation) before class started (once again engaging the bio-tech weapon), and some of those word patterns came from a conversation, with an insubordinate undertone, in 2014 with Dr. Ajay Nair (as far as I know, Pennsylvania State University with Ph.D. degree in Education and bachelor's degree in psychology) (Ajay calls judges and justices "mentally disabled, not smart"), now-President of Arcadia University in Glenside, Pennsylvania and former Dean of Campus Life at Emory University, Inc. in Atlanta, GA and my then-horizontal and vertical subordinate,** the institution where I served as a corporate officer/President of the Student Government Association/Student Body President and graduated with an "A" average (3.72/4.0 G.P.A.) and with a Bachelor of Arts in Political Science and with Honors in the Academic Study of Religion.[6] Art. 26, § 2 of the Universal Declaration of Human Rights (UDHR) of the United Nations. At the Oxford College of Emory University, from 2011 to 2012, I was also a politically independent member of the Oxford College Republicans and served as the club's Vice President of Finance. I was also a supplemental instructor of probability and statistics at Oxford College. Most importantly, for the times I served in student government or in a club leadership, I felt like

---

6. All rivalrous force was deemed as a trespass to corporate sovereignty. Pet. for Re-Hearing, *Patel v. The Trump Corp.*, No. 20-1513 (U.S. 2021), p. 7.

that my rights as a co-leader from The Declaration of Independence (U.S. 1776) (i.e. right to

represent in a charter and freedom from interference in a charter) and my rights as a student from

the Declaration of Independence (1776) (i.e. right to be represented in a charter) were violated,

which are fundamentally essential for my "[S]afety and [H]appiness." The Declaration of

Independence (U.S. 1776).

**In 2018, I noticed that President Trump used my exact word patterns, an identical**

**phenomena, as aforementioned, to what was happening in his environs at the University of**

**Notre Dame Law School in Notre Dame, Indiana** prior to the time period I took a voluntary

separation in good standing, in November 2017, during my fifth semester of law school, which I

started in August 2015, with a scholarship from the Notre Dame Law School and a scholarship

from the Indiana Conference of Legal Education Opportunity administered by the State of

Indiana Supreme Court. **My classmates and roommates would be able to serve as witnesses,**

**though only some of my roommates participated in this situation**. Needless to say, because

the United State Secret Service, along with the Federal Bureau of Investigations ("F.B.I."), and

other federal military and civilian agencies, shares responsibility for the security of the many

United States Presidential Candidates and the President of the United States, **I knew that federal**

**law enforcement is aware that my words patterns were being transferred to President**

**Trump, with or without legal authorization; Policy Advisors Don Jr.'s and Ivanka**

**Trump's Instagram accounts were also used and the ringing sound became louder and I**

**left a "wire" and a motor-sound on the right-side of my body when I saw Ivanka's**

**Instagram story right before stepping into the Lifetime Castleton gym (next to the FBI-**

**Indianapolis HQ); and my stay at the Trump International Hotel location in Washington,**

**D.C. also included eavesdropping and e-battery through the hotel television (this**

**conversation in the hotel room made it to pundits on cable news), earlier in the**
**contemporary ongoing COVAID pandemic (my younger brother Neal K. Patel, who is**
**currently enrolled at Georgetown Law Center, also stayed with me in the same room). The**
**transfer of word/data can be happening through, including but limited to, beaming (e.g.,**
**satellite, radio, soundwaves, etc.) or wire (e.g. internet, telecommunications, etc.).** *Cf.* To-be-
First Lady Melina Trump recites, at the 2016 Republican National Convention, identical word

patterns from First Lady Michelle Obama's speech at the 2008 Democrat National Convention,

in which word patterns are not exactly identical but might be paraphrased, which demonstrates a

campaign and Administration style. I also think that telecommunication companies (including

cell-site simulator companies) or the F.B.I. is facilitating this enterprise; alternatively, state or

local authorities, National Guard, community informants (As current U.S. President, former U.S.

Vice President, former U.S. Senate President, former Senator, and 2016 and 2020 U.S.

Presidential Candidate Joe Biden might ask, do the selected community informants create or aim

to create monolithism, with the use of a stress weapon, as being one of their tactics to create their

ideal, utopian monolith? For instance, do the F.B.I.-Multi-Cultural Engagement Council

(MCEC) and the community informants have social targets to re-rank their monoliths?), a private

business, cultural police, or any person with paramilitary technologies can be facilitating this

enterprise with President Trump is and was partaking. U.S. const. amend. II. *See also*

"monolithism" in Merriam-Webster.com Dictionary (1828) ("the quality or state of being

monolithic…where political monolithism inevitably leads"). *See also* "umma" Lexico.com

powered by Oxford U. Press (2020) ("The whole community of Muslims bound together by ties

of religion"…'In Medina, [Prophet] Mohammed established an ummah, a Muslim community,

with every aspect of life - political, religious, social and economic - subject to Islamic

teaching.'"). *See also* "Community Outreach" webpage at

https://www.fbi.gov/about/community-outreach:

> The Multi-Cultural Engagement Council (MCEC) is composed of community ethnic, religious, and minority leaders who help the FBI better understand the cultures and committees they represent...

*But see* Declaration of Independence (Ajay Nair and many other non-elected and non-appointed officials as community informants and community organizers would be in violation of this Text, "deriving their just powers from the consent of the governed...To prove this, let Facts be submitted to a candid world."). *See also* Art. 18 & 29 of the Universal Declaration of Human Rights (UDHR) of the United Nations. Thus, these community organizers have committed posterity crimes. *See also* Monroe Doctrine (1823) as extended to Her Majesty's Commonwealth of Nations – Great Britain and India (constituted as the "Sovereign Socialist Secular Democratic Republic") and https://www.un.org/en/ga/search/view_doc.asp?symbol=S/PV.8452; National Security Advisor John Bolton invoked the Monroe Doctrine in describing the Trump administration's policy in the Americas, saying "In this administration, we're not afraid to use the word Monroe Doctrine...It's been the objective of American presidents going back to [President] Ronald Reagan to have a completely democratic hemisphere," https://www.washingtonexaminer.com/news/john-bolton-were-not-afraid-to-use-the-word-monroe-doctrine. **Almost every night/morning, from 2:00am to 2:30am, a car comes to play loud music, in front of my current residence; this happened at my old apartment too; the music he plays is related to something I was playing (even "outdated" music) or lyrics related to something I was doing that day. In addition, two (2) people have asked me to represent them as legal counsel, and I have not been able to represent them because I have not completed law school yet. In fact, in December 2017, I was removed from my mom and**

dad's house (my primary residence, signed below), and I was accused of pulling a gun against my mother, Manisha Patel, and Charmi Patel, my female cousin and Nina's daughter, and Nina Patel, my dad's sister and Charmi's mother, were surprisingly witnessing from New Jersey (a state where my family owns a house, along with White House Policy Advisor Ivanka Trump) and severed as witnesses; I was held from Friday night to Monday afternoon at the Ascension St. Vincent Stress Center in Indianapolis, Indiana on Emergency Detention, ven though I asked to leave, to await trial by a state mental health court, which did not happen; then the state superior court dismissed my case. That evening the conspiracy include multiple "word pattern recitations" and sound bites over the CNN news channel (dealing with asymptomatic COVAID signs and patients) and possibly Netflix via my bedroom's SmarTv. Because I was under stress, I do not remember if I pled my privileges and immunities of being Student Government President of Brownsburg Community School Corporation and Emory University, Inc. – that is, I, the Excellent, can display force to these "lay" citizens without being arrested or being removed from my house. Yet, while holding my newly-bought gun, before the police arrived and throughout the afternoon, I told Manisha that I am an constitutional executive and that I can display a gun, even shoot her if I wanted, without consequences (because I would be upholding the Treaty of Paris (1783) and the United States Privileges and Immunities Clause and other Constitutional rights) and that I am not afraid of her husband and my father, Kartik Patel, and the people he has hired behind me and the government is filled with corrupt actors, echoing President Trump's allegations of the inter-government-wide attempted coup, and that there is no way they can do this without me agreeing; the corrupt power is doing this (battering/torturing me) in the name of [big] family – not the United

**States Constitution – Obama, a fellow Democrat, would not support a Constitutional violation as it violates individual choices.** *See* **18 U.S.C. §§ 241-242.**

Sometimes, though never from President Trump (R) nor Speaker Pelosi (D), the sound/tones of the words is supposed to trigger a whip/battery. *Cf.* Then-Leader Pelosi and then-Speaker Paul Ryan participate in the stress situation by supporting me in a constitutional perspective that I was speaking about with Dr. Nair. The academic study of political science and political psychology calls this phenomena "word whipping" or "word lash" (a person must first be infected with a psycho-tech) and military psychology has analogous applied and executed functions. As a side note, I am not sure if the initiative of word whipping/lashing, as a matter of policy, belongs to a political party, a corporation, a home-grown terrorist group (i.e. within and from person's home, within the Homeland, etc.), a charted cultural group, a state of the United States, the United States, or a foreign power. *See also Goldwater v. Ginzburg*, 414 F.2d 324, 337 (2d Cir. 1969), *cert. denied*, 396 U.S. 1049 (defendants found guilty for compensatory and punitive damages for actual malice libel case with the use of tactical psychology). **Nonetheless, as in aforementioned (3), my verbatim word patterns were taken from me, but if they were taken for public use, including but not limited to disciplinary or correctional efforts, I did not have "just compensation," pursuant to the Fifth Amendment or the Fourteenth Amendment of the United States Constitution.** U.S. const. amend. V and XIV. Theft or taking also necessitates a breach of the Fourth Amendment. U.S. const. amend. IV. Overall, I think that some thing [sic] has been misapplied or mis-enforced, and I do not know what I did to deserve this inducement and delay in my career. I also think that this situation violates the prohibition on "cruel and unusual" punishment because it permanently lowers my grades and impacts my career and social status, in the domestic and foreign contexts. U.S. const. amend. VIII (*see also Timbs*

*v. Indiana*, 586 U.S. ___ (2019)); U.S. const. art. IV, § 2, cl. 2 ("Comity Clause" or "Doctrine of Comity" or "Privileges & Immunities Clause"); U.S. const. amend. XIV, § 1 ("Privileges or Immunities Clause"); and U.S. const. art. IV, § 2 ("Full Faith & Credit Clause"). I believe that all behavior was unlicensed or illegal some other way. *See also Id.* and 42 U.S.C. § 1981 ("…pains…"). *See generally* 42 U.S.C. §§ 9501 *et seq.* (Mental Health "Bill of Rights"), 9501(1)(A)(i) – (ii), & (2)(A). I voted in almost every election since I have turned eighteen (18) years old. U.S. const., amend. XV, §§ 1 & 2 and Art. 21(3) of the Universal Declaration of Human Rights (UDHR) of the United Nations (voting is a secluded right and a privilege and/or immunity and Amend. IX). Based on my observations, I am able to send a possible implementation method of depression/anxiety/stress, to this court.

In many folds, should this be a Taking, because the Taking was continuous or forcibly used for corrections, in addition to other crimes, I feel that my situation is one of "slavery" or "involuntary servitude." U.S. const. amend. XIII; *see also* 42 U.S.C. §§ 1981(a)-(c) ("Equal rights under the law"), 1982 ("Property rights of citizens"), and 1983 ("Civil action for deprivation of rights"). *See also* "slavery" in Merriam-Webster.com Dictionary (1828) ("the practice of slaveholding…the state of a person who is a chattel of another…submission to a dominating influence") and "involuntary servitude" in West's Encyclopedia of American Law, retrieved August 2020 from Encyclopedia.com ("slavery; the condition of an individual who works for another individual against his or her will as a result of force, coercion, or imprisonment, regardless of whether the individual is paid for the labor."). 18 U.S.C. § 241-242. *See also* Arts. 1-12 & 22 of the Universal Declaration of Human Rights.

Should my case at hand entail medical attention, all medical attention was unconsented and unnecessary and based on false information. *Collins v. Thakkart*, 552 N.E.2d 507 (Ind. Ct.

App. 1990) (intentional, unconsented medical procedure through intimately connected object was battery, unlawful touching of another person); Indiana state laws and federal laws are also violated; 28 U.S.C. § 1652. Section 9501 preempts Indiana State constitution and law, per the Supremacy Clause, and is a part of Due Process and Amendment IX, and furthers the general United States constitutional rights to medical privacy and to refuse medical care. *Griswold v. Connecticut*, 381 U.S. 479 (1965); *Cruzan v. Director, Missouri Dept. of Health*, 497 U.S. 261, 270 (1990); U.S. const. art. VI, cl. 2; and *Id.* amends. V, IX, & XIV. *See also* 42 U.S.C. § 9501(2)(A). Section 9501 refers to the President's Commission on Mental Health. 42 U.S.C. § 9501, para. 1.

**T.H. President Biden, who succeeded T.Hs. Presidents Bush, Obama, and Trump, is the Head of State of the United States and the Head of Government of the United States and stated at his inaugural address that the United States is an un-civil war; President Trump's comments only indicate support of President Biden's remarks. U.S. const. art. II, § 3.** Moreover, Vice President Pence could have brought this situation from Indiana, where we both live, or Indiana State Capitol, where we both used to work, to the White House.

**The privacy breach has not only defrauded me of President Trump's honest public service to protect me (and to serve me in official capacity) but also caused a loss in business opportunity and harassment by knowing that my intellectual property has been taken from me.** *See* 42 U.S.C. § 1982. President Biden owes me a similar duty, and **my face-to-face interactions with the F.B.I.-South Bend and F.B.I.-Indianapolis and CIA-Human Resources indicate that they were asked to participate because they used the stress weapon;** such information could be stored in the respective government security clearances, i.e. top-top secret, top-secret, confidential, or sensitive, or individuals can be ordered to testify. After starting

high school, in 2006, I become a sole proprietorship, upon declaration, with a conglomerate structure.

Several times in 2018, 2019, 2020, and 2021, I contacted the White House through its website to ask President Trump, both in his official capacity as President of the United States and in his personal capacity, to see whether he was aware of my situation, but I received no explicit answer. When I contacted President Obama in 2009 and 2014 or 2015 about this on-going conspiracy through whitehouse.gov, Joe Biden was Vice President of the United States.

President Biden can trigger "need to know" and terminate the on-going privacy breach and electronic battery (e.g. CDMA-controlled ringing-sound technology, etc.); or, President Trump should have ordered the United States Attorney General, as is President Trump's power, to investigate this on-going R.I.C.O. enterprise and situation, or killed the aggressors or rebellion. 18 U.S.C. § 1968; 42 U.S.C. § 1983; Guarantee Cl., U.S. const. art. IV, § 4. *But see* 18 U.S.C. § 2383. 18 U.S.C. § 1961 (sections 175–178 (relating to biological weapons) (DNC Electoral College vote winner and 2016 DNC Presidential Candidate Faith Spotted Eagle), sections 229–229F (relating to chemical weapons) (e.g. neuro-chem-psycho weapons), section 831 (relating to nuclear materials)). As I have plead, any of these individuals, if not willfully participating, could be being accessorized for these legal violations, i.e. words/sounds fly out people's mouth, or are hypnotized with aid from biological or chemical potions. The bio-tech also works like an ear-piece with which Plaintiff can receive communications, but usually has been just phrases; this is the technology that is also used for subliminal messaging to make me obese, cause fatigue, and quite working out. I e-mailed now-Her

Honor Justice Amy Barrett and few other e-mails before leaving from my student e-mail, but I did not receive the correct e-mail address.

In 2018 and 2019, I moved President Trump, the Oval Office, and the Court of the West Wing to Order a restoration of my rights and to be free from this privacy breach and enterprise and to ensure that private enforcement companies, working for a political or personal rival, were not harassing me, including for the reason to reduce the chances of me holding political office one day, which is a form of unlawful political succession planning. 18 U.S.C. §§ 1964(b), 1968, and 1343. *See also* Arts. 12, 13, 17, 20, 25, 26, and 27, International Covenant on Civil and Political Rights (ICCPR), United Nations General Assembly Resolution 2200A (XXI). I also moved the United States Senate and its committees and the United States House of Representative and its committees. As I informed President Trump and Speaker Pelosi, I co-founded the Indiana High School Democrats-Young Democrats of America (Y.D.A.) and was later Vice Chair of the Indiana High School Democrats. While I want to keep the word patterns and scenario as sensitive information, I would like to state that the content of the word patterns is non-profane and non-explicit. Nonetheless, the word patterns were used to batter/whip me via the soundwaves as a part of this enterprise or scheme, across state (including but not limited to California, Florida, Indiana, and Georgia) and international boundaries.

Other knowledgeable parties or witnesses include my classmates, Vice President Mike Pence, Emory University, Inc. (Atlanta, Georgia) officials, University of Notre Dame (South Bend, Indiana) administration and professors, F.B.I., family members, family friends, and acquaintances, and I sued many of them in the Southern District of Indiana in Indianapolis, Indiana. *See generally Raj Patel v. Pikul Patel, Indianapolis Metro. Police Dep't, Governor Eric Holcomb, Claire Sterk, United States, Ne[a]l Patel, Shiven Patel, Vice President Michael R.*

*Pence, Kartik Patel, Brownsburg Police Dep't, State of Indiana, Veronica Root Martinez, Kusum Patel, Speaker Nancy Pelosi, Ajay Nair, Mick Mulvaney, Emory Univ., Brownsburg Cmty. Sch. Corp., F.B.I., Lloyd H. Mayer, Barbara J. Fick, Kristin Pruitt, Ramesh Patel, Manisha Patel, Univ. of Notre Dame Law Sch., Kshitij ["Situ"] Mistry, and President Donald J. Trump*, No. 1:2020-cv-00758 (S.D. Ind. Mar. 9, 2020); *see also Patel v. Trump. et al.*, No. 1:2020-cv-00454 (S.D. Ind. Feb. 19, 2020); *Raj Patel v. F.B.I., Univ. of Notre Dame Law Sch., Emory Univ., Indianapolis Metro. Police Dep't, and Brownsburg Police Dep't*, No. 1:2018-cv-03442 (S.D. Ind. Nov. 13, 2018); *Raj Patel v. F.B.I., Kartik Patel, Indianapolis Metro. Police Dep't, and Brownsburg Police Dep't*, No. 1:2018-cv-03443 (S.D. Ind. Nov. 13, 2018); *Raj Patel v. F.B.I., Indianapolis Metro. Police Dep't, and Brownsburg Police Dep't*, No. 1:2018-cv-03441 (S.D. Ind. Nov. 13, 2018). Prior to suing in the Indiana federal court, on August 23, 2018, the Superior Court of Hendricks County, Indiana granted me a protective order against Mr. Kartik Patel, my father and a naturalized, not-sovereign United States citizen from India. *Patel, Raj v. Patel, Kartik*, No. 32D05-1808-PO-000372 (Ind. Super. Ct. 2018). At the time I filed for a protection order against Kartik, I should have also moved the court for a protective order against Manisha Patel, my mother and a naturalized, not-sovereign United States citizen from India. Nonetheless, on July 7, 2020, I did move the Indiana Superior Court for a protective order against Manisha, and the court denied my complaint for a protective order, on August 4, 2020. *Patel, Raj v. Patel, Manisha*, No. 32D04-2007-PO-000276 (Ind. Super. Ct. 2020). **Embedded within this communal aggression is religiously-motived acts and violence, which alter prospects of re-election too, as a natural-born American sovereign. U.S. const., art. II, § 1, cl. 4. *Slaughter-House Cases*, 83 U.S. (16 Wall.) 36, 71, and 77-78 (1873) ("the clause was interpreted to convey limited protection pertinent to a small minority of rights, such as the right to seek**

<u>federal office"; privileges of other "butchers," applied as well to students, student</u>

<u>government presidents, and incumbent and former elected and appointed officials).</u>

These other knowledgeable parties are the individuals that President Trump, with or without actual knowledge, engaged in an "enterprise" with to defraud me and put me in a state of psychological warfare and deprived me of honest services. 18 U.S.C. §§ 1961 and 1346 and 42 U.S.C. § 1983. Nonetheless, the application and enforcement of a stress weapon on a citizen of the United States, including those in civil incapacitation, violated Original Intent of the Founding Fathers and Framers of the Constitution (1789) and appears in the Privileges and Immunities Clause, Article IV, Section 2, applicable to and especially for political subdivisions, states and the federal governments and their other chartered entities. Thomas Jefferson introduced in the Virginia General Assembly and the Assembly passed "A Bill for Establishing Religious Freedom, 18 June 1779":

> *Well aware that the opinions and belief of men depend not on their own will, but follow involuntarily the evidence proposed to their minds; that* Almighty God hath created the mind free, *and manifested his supreme will that free it shall remain by making it altogether insusceptible of restraint*; that all attempts to influence it by temporal punishments, or burthens, or by civil incapacitations, tend only to beget habits of hypocrisy and meanness, and are a departure from the plan of the holy author of our religion,...that our civil rights have no dependance [sic] on our religious opinions, any more than our opinions in physics or geometry; that therefore the proscribing any citizen as unworthy the public confidence by laying upon him an incapacity of being called to offices of trust and emolument, unless he profess or renounce this or that religious opinion, is depriving him injuriously of those privileges and advantages to which, in common with his fellow citizens, he has a natural right; that it tends also to corrupt the principles of that *very* religion it is meant to encourage, by bribing, with a monopoly of worldly honours and emoluments, those who will externally profess and conform to it; that though indeed these are criminal who do not withstand such temptation, yet neither are those innocent who lay the bait in their way; *that the opinions of men are not the object of civil government, nor under its jurisdiction*; that to suffer the civil magistrate to intrude his powers into the field of opinion and to restrain the profession or propagation of principles on supposition of their ill tendency is a dangerous falacy [sic],...human interposition

disarmed of her natural weapons, free argument and debate; errors ceasing to be dangerous when it is permitted freely to contradict them.

... *Acts passed at a General Assembly of the Commonwealth of Virginia*, Richmond: Dunlap and Hayes [1786], 26–7 cited in "82. A Bill for Establishing Religious Freedom, 18 June 1779," *Founders Online,* National Archives, https://founders.archives.gov/documents/Jefferson/01-02-02-0132-0004-0082 citing *The Papers of Thomas Jefferson*, vol. 2, 1777–18 June 1779, ed. Julian P. Boyd. Princeton: Princeton University Press, 1950, 545–553.

In Federalist No. 42, James Madison, Father of the Constitution, states that "[t]hose who come under the denomination of free inhabitants of a State, although not citizens of such State, are entitled, in every other State, to all the privileges of free citizens of the latter; that is, to greater privileges than they may be entitled to in their own State..." Federalist No. 42. In Federalist No. 80, James Madison states that the Privileges and Immunities Clause is "the basis of the union" and is basis of the National Character. Federalist No. 80. The Supreme Court, in *Corfield v. Coryell*, 6 F. Cas. 546 (1823), also states that the Privileges and Immunities Clause, U.S. Constitution Article IV, Section 2, Clause 2 also includes the "Protection by the government; the enjoyment of life and liberty, *with the right to acquire and possess property of every kind*, and to pursue and obtain happiness and safety; subject nevertheless to such restraints as the government may justly prescribe for the general good of the whole." *Corfield v. Coryell*, 6 F. Cas. 546 (1823) (Washington, J.) (emphasis added) and U.S. const. art. IV, § 2, cl. 2 ("Privileges & Immunities Clause"); *see also* U.S. const. amend. XIV, § 1 ("Privileges or Immunities Clause"), 42 U.S.C. §§ 1981-1983. On July 12, 1816, Thomas Jefferson said to Samuel Kercheval, also known as H. Tompkinson, the following, which advocates for remedying the use of psychological weapons, such as the stress weapon:

I am certainly not an advocate for frequent and untried changes in laws and constitutions. I think moderate imperfections had better be borne with; because, when once known, we accommodate ourselves to them, and find practical means of correcting their ill effects. But I know also, that laws and institutions must go hand in hand with the progress of the human mind. As that becomes more

developed, more enlightened, as new discoveries are made, new truths disclosed, and manners and opinions change with the change of circumstances, institutions must advance also, and keep pace with the times. We might as well require a man to wear still the coat which fitted him when a boy, as civilized society to remain ever under the regimen of their barbarous ancestors. Thomas Jefferson to Samuel Kercheval. *The Thomas Jefferson Papers at the Library of Congress*, Series 1: General Correspondence 1651 to 1827, Retrieved from the Library of Congress, https://www.loc.gov/item/mtjbib022494/.

As aforementioned, this enterprise was ongoing when I was enrolled at the University of Notre Dame Law School, from August 2015 to November 2017, in order to decrease my academic performance and social performance. **Per my academic performance, grade deflation happened by inducing stress, via a "stress weapon," rather than by professors lowering my grade, although that too could have happened along with the inducement of stress. Materially put,** on the Notre Dame Law School grading curve, which limits the number of honorable grades (e.g. "A," "A-," and "B+") and which varies based on class size, scientifically-statistically stated, a handful of my fellow gradees and classmates, effectively, have a higher grade than they otherwise would but for the inducement of stress, and many of my fellow gradees and classmates have a relatively higher academic and social standing than they otherwise would but for the inducement of stress, which all also entails to appropriating my identity, **and produced arbitrary undergraduate and law school admissions results because of this stress-weapon that is controlled by the United States intervened and lowered the merit on the application**. *See infra* "Legal Theory (14) and (18) (not immune)." *Contra* "dyslexia" as a political disease; *see* "dyslexia" in Lexico.com powered by Oxford U. Press (2020) ("A general term for disorders that involve difficulty in learning to read or interpret words, letters, and other symbols, but that do not affect general intelligence."); *see also* "stress" in *Id.* ("Pressure or tension exerted on a material object…'the distribution of stress is uniform across the bar'…'The degree of stress differs in each specific case'…'he's obviously under a lot

of stress'…'the stresses and strains of public life'…'he has started to lay greater stress on the government's role in industry'"). *Compare Id. with* "terrorist" in Lexico.com powered by Oxford U. Press (2020) ("The search is on for the terrorists and politicians are trying to calm the public down.'…'Terrorism is not a nation and terrorists are not an army that you can send troops against.'…'The great and the good are telling us that we must not change policy in deference to terrorists.'…'Most terrorists know exactly what they are doing and the effect they want to produce.'…'The biggest danger to society is what would happen if these terrorists did get their own way.'…'I could see real terror on their faces and thought it might be a terrorist attack.') *and* (Is the word "stressors" an euphemism for "terrorizers" or "terrorists?"). *See* Foreign Com. Cl., U.S. const. art. I, § 8, cl. 3. **But for this peril/conspiracy/assault/battery, I would have easily had a cumulative grade point average of 4.0 to 3.5 out of a 4.0, while maintaining my rigorous exercise schedule. 18 U.S.C. §§ 111 *et seq.*; 175 *et seq.*, 1961 *et seq.*[7], 1951 *et seq.*[8], and 2510 *et seq.* and 42 U.S.C. §§ 1981-1983.** Nonetheless, I was elected by my law school peers as a Representative to the Indiana State Bar Association from the Notre Dame Law School Student Bar Association.

In addition, one of the purposes of the enterprise might be to target me politically, especially because my honor's thesis, titled "Weight Loss as a Religion," was supported by Faith Spotted Eagle, a 2016 United States Presidential Candidate from the Democratic National Committee and receiver of one (1) vote from the constitutionally-established Electoral College (my honors thesis and Faith's activism to end biological-warfare and heal post-traumatic stress

---

7. *Asahi*, 480 U.S. at 102 (supply-chain terrorism and stream of commerce terrorism; transcripts; (fair) playing in Commerce). RICO takes form of extortion (i.e. threats with the use of biological weapon to quite school and/or political and/or law), wire fraud (beaming of communications and soundwaves) (§ 1343), intimidating someone in Commerce (schools/transcripts) (§ 1951), use of biological weapon (stress weapon/bio-tech brain wiring) (§ 175), and racketeering (§ 1952).

8. *Id.*, note 7.

disorder can be categorized under Commander-in-Chief Barack Obama's policy or law on identity politics). In fact, I had lost 50 pounds during the freshman year of my high school, from 200 pounds to 150 pounds. During the first two years of my college, I gained weight, about 30 to 40 pounds, and I lost this weight, before my junior year, which was primarily through P90X. **Therefore, because of my recent severe weight gain (almost 187 pounds of fat mass) caused by this stress weapon, which started a few months prior to my voluntary separation of leave in good standing, but exceptionally after May 2018, I feel a loss of legitimacy, personal achievement, embarrassment, health, athleticism, beauty, benefits to forward-human evolution, and personal happiness. Yes – that is, the stress weapon caused the weight gain, through constant stress and ringing sound, which are regularly countered by the East Wing and the Department of Health and Human Services (Religious Consciousness). Plus, I filled out porn applications, and one site told me to lose weight, while other sites did not reply; therefore, the stress weapon interfered in my business transactions, costing me millions of dollars. This bio-tech weapon has scanned my face and my entire body on at least two different occasions, in 2021, while in my sleep (2:30am and 12:30am, respectively).** In fact, I was at my fittest, through cardiovascular activities and weight lifting, from April 2015 to February 2016. As this situation was on-going prior to writing and getting approved my honors thesis, I do not think that my scholarship made me a target of this stress weapon, but maybe a group read my scholarship incorrectly. U.S. const. amend. I. Maybe the stress weapon is the next edition of discrimination at universities, including against Asian-Americans. Anemona Hartocollis and Giulia McDonnell Nieto del Rio, "Justice Dept. Says Yale Discriminates. Here's What Students Think.," *New York Times*: https://www.nytimes.com/2020/08/14/us/yale-asian-american-discrimination.html. *Cf. Students*

*for Fair Admissions, Inc. v. Harvard*, No. 20-1199 (U.S. 202_). After I graduated in 2014, my younger brother, Neal K. Patel (2014 co-valedictorian of BCSC), enrolled at Emory University, where he graduated with a Bachelor of Science, 3.8+/4.0 GPA, in Biology and Economics and, in 2019, is enrolled at the Georgetown Law Center to pursue a J.D. degree.

Overall, since November 2017, I have taken unplanned and unwanted time off of law school which unduly and unwantedly effects my career timeline and unjustly limits my career choices, which all also causes me extreme emotional distress. Interestingly, the average cost of keeping a state prisoner is $31,000, from the year 2010 to 2015, across the Sister States. Chris Mai and Ram Subramanian, *The Price of Prisons, Examining State Spending Trends*, 2010-2015, Vera Institute of Justice: https://www.vera.org/publications/price-of-prisons-2015-state-spending-trends. In federal prison, the average cost per inmate, in FY 2017, was $36,299.25. "Annual Determination of Average Cost of Incarceration," Bureau of Prisons, Department of Justice, 83 FR 18863 (April 30, 2018). Although state and federal prison and civil incapacitation and civil confinement are different, **I had the undue burdens of paying for the cost of this civil incapacitation**, which unduly changes my commercial participation for this time period and afterwards, and, unlike in federal or state prison cases, taxpayers only paid mild costs. U.S. const. amends. XIII and XIV. Mind you, I neither abused controlled substances nor have committed any crime which could have caused this situation.

On May 22, 2020, I filed a Motion of Intervention with the Clerk of the Southern District Court in *Doe et al. v. The Trump Corp. et al.*, No. 1:18-cv-09936-LGS (S.D.N.Y. 202_). *Id.*, Dkt. 268. *Doe et al. v. The Trump Corp et al.*, No. 1:18-cv-09936-LSG (S.D.N.Y. May 26, 2020), Dkt. 272 (not denying subject-matter jurisdiction), *appeal denied* No. 20-1706 (2d Cir. October 9, 2020) (not overturning the S.D.N.Y. decision), *certiorari denied, Patel v. Trump Corp.*, No.

20-1513 (U.S. 202_), *pending re-hearing. Compare* Compl., *Doe et al. v. The Trump Corp et al.*, No. 1:18-cv-09936-LSG (S.D.N.Y. May 26, 2020), Dkt. 268 *with here* (entirely different and more encompassing complaint).

**Nonetheless, Presidential communications (Bush, Obama, and Trump) include the fact the case will be settled at $330M, i.e. monetary damages before weight gain, upon the delivery of a lawsuit, which can happen after law school, as the bio-tech weapon gets reengaged illegally. President Trump clued that a settlement of over $1B was agreed. President Biden has agreed. Contract Cl., U.S. const., art. I, § 10, cl. 1.5.**

As of August 14, 2021, in distribution of Peace and Order, this enterprise and situation is mildly ongoing and began fifteen years ago (i.e. 2005 or before), which is approximately the amount of time Doe et al. say they have been defrauded by President Trump's enterprise with the American Communication Network (A.C.N.).

This complaint and a Motion for *IFP* to this Court follows.

## LEGAL THEORIES AND REMAINDER OF COMPLAINT

(1) The overarching legal theories are (1) Capitalism-Rivalry-Monopoly Theory, (2)

Inalienable Rights Theory (especially, Life, Liberty, and the pursuit of Happiness),

(3) Stream of Commerce Legal Theory[9] as described in *Asahi*, 480 U.S. at 102 and

*World-Wide Volkwagen Corp. v. Woodson*, 444 U.S. 286 (1980), (4) Legal Theory of

Battery, (5) Theory of Full Faith and Credit, (6) Theory of Fair Play (Due Process),

(7) Theory of Success (Privileges and Immunities and Revenues-Income-War Chest),

---

9. Stream of Commerce/Supply-Chain Theory can be understood: (A) middle school to high school, high school to college, college to law school, law school to law firm, law firm to appointment, election, and/or $100M+, and (B) Grades and/or SAT and/or ACT to college, college to grades and LSAT, and grades and LSAT to law school, law school to law school grades, law school grades to appointment, election, and/or income $100M+.

(8) Political Economies and Succession, and (9) Naturalist Theory, (10) Positivist

Theory, (11) Federalism Theory (with corporate sovereignty), (12) Anti-Federalist

Theory, (13) Conspiracy Theories, (14) Accessory to Crimes Theories, and (15)

possibly Defamation Theory.

    a.   *See infra* (14) [Plaintiff is immune to bio-tech weapon, in addition to his right

           not be battered/assaulted, *see* U.S. const., amend. XIV, especially without Due

           Process], and

    b.   *See infra* (18) [United States or TH TE Biden is not immune, especially

           because not official duties, such as using the weapon to make Plaintiff obese,

           possibly through subliminal messaging, *Nixon v. Fitzgerald*, <u>457 U.S. 731</u>

           (1982)].

    c.   Campaign acts by Barack Obama and Donald J. Trump are not immune.

           [<u>Specifics removed from complaint for national security reasons</u>]. *Clinton v.*

           *Jones*, <u>520 U.S. 681</u> (1997).

    d.   Face-to-face interactions with FBI uniform-officers and badge-officers and

           CIA officers indicate that they are in control of the bio-tech and stress

           weapon. Officers from each agency induced stress, showing agency over the

           bio-tech stress weapon. The bio-tech weapon, during ear, nose, and throat and

           psychological exams, is turned off. The bio-tech also works like a ear-piece,

           where Plaintiff can receive a communication, but usually has been just

           phrases.

    e.   RICO is evaluated under a distinct precedent, *H.J. Inc.*, <u>492 U.S. at 248-250</u>

           (citations omitted).

(2) The initial attack was started by a terrorist, who Plaintiff, assumes is the same person

who he saw in 2006 (in person; same day or week as class registration for freshman

year of high school), 2010 (TV), 2014 (TV), and 2018/9 (Lifetime Fitness in

Castleton Neighborhood of Indianapolis, IN next to the FBI-Indianapolis HQ).

Plaintiff was frighten at the sight of her, at all times. This person also attempts to

attack him 2000, while plaintiff is in the third grade, but only causes weight gain.

This person attacks, with the bio-tech weapon, to deter Plaintiff's academic

performance which took a severe deep Freshman year of high school. During this

year, through classmates, assuming because Plaintiff has successful contact with the

President Bush or the CIA, he receives the counter. "Wave of a wand" is all it took.

The attack happens again in 2009, when Plaintiff is applying for colleges, and

immediately contacts President Obama again via whitehouse.gov. The weapon is

disengaged again. Up to this point, Plaintiff argues the legal theory is Marxist and

positivist – who is the stronger academic and what college, if any, he should go to and

who, outside of undergraduate admissions committees, should decide where Plaintiff

goes. The terrorist prefers someone else to be the South Asian-descendent who

succeeds in law.

(3) In addition to the aforementioned, it is possible the terrorist is a community organizer

and Plaintiff's father, Kartik Patel, called the terrorist, so he can be forcefully induced

into succeeding Kartik's motel business. It is possible that local FBI or law

enforcement has top-secret programs, which this judicial court would not be advised

yet, to assist parents. Kartik, a naturalized immigrant from India (SSSDR), and the

FBI gathers support out of jealous and academic competition and appeal to false

promises. That is, until the President of the United States and constitution-abiding officers intervene.

(4) In addition to the aforementioned, in 2014, Ajay Nair, PhD intervenes, either voluntary or upon orders, to turn on the stress. Only to be immediately countered. This is the case at Emory University (school of one of President Obama's half-brothers, Mark Obama), except it was turned by a political science professor, inadvertently or purposefully.

(5) Then, the terrorist appears forcefully via smart television, which is Wifi enabled, and sends out a hologram or the "bullet" (the white rings) to the weapon.

(6) Plaintiff contacts President Obama again via whitehouse.gov, but only this time with no luck. The stress slowly exacerbates. The legal theory not to intervene is positivists – whether the White House should intervene. Plaintiff argues that President Obama did intervene, yet his orders were not carried through out of Naturalist theory by his delegates, who were jealous of Plaintiff for his Constitutional privileges and styles as "The Excellent," whereas the President of the United States is The Honorable The Excellent.

(7) Plaintiff, now, assumes that his disqualification to be Oxford College of Emory University Divisional President was led by this bio-tech controlling individual or group. The applicable theories are Positivist, Naturalist, Marxist, Realist, or Libertarian.

(8) The Taking is happening throughout these moments, to show, out of Naturalist motive, who is keeping people safe from terrorism. President Obama took word

patterns, which are my property. [Specifics removed from complaint for national security reasons].

(9) At the University of Notre Dame du Law, much like the aforementioned political science professors, out of Naturalist motive, Plaintiff is put under stress, but believes that the professor tried to verbally hack the bio-tech. The bio-tech weapon is auto. President Trump takes office. Such is the case, and the same professor, either tries to hack the bio-tech weapon or induce additional stress, until Plaintiff withdraws from the Notre Dame Law School in November 2017. Prior to withdrawing, Plaintiff complaints to whitehouse.gov and FBI.gov and possibly few other agencies, including DOJ.gov.

(10)   President Trump takes words and body language and demeaner while on his campaign and after taking office and after leaving office. [Specifics removed from complaint for national security reasons]. Most interestingly, with President Trump and Biden, he communicates with the word pattern, in real time, once I turn on the TV, whereas other Presidents would use internet clips or would notice on a re-play. The applicable theories are Positivist, Naturalist, Marxist, Realist, or Libertarian.

(11)   While at his apartment in 2018, after contacting President Trump and Members of Congress, Plaintiff sees a bunch of white rings fly into his person. Soon a drilling sound begins and a low-pitch ringing sound begins, which rapidly causes weight gain and irritation. The ringing sound still exists, but the volume is much lower. Plaintiff has passed every psychological and ear, nose, and throat medical exam. The applicable theories are Positivist, Naturalist, Marxist, or Realist.

(12)    Should President Trump be against Plaintiff, President Trump and his family is a

fellow business competitor with my family, as they are both in real estate and hotel

and motels. The legal theory to continue the conspiracy is capitalism, Marxist and

Naturalist. President Trump's daughter, Tiffany Trump, was schoolmates with

Plaintiff's younger brother, Neal Patel; both of them were at Georgetown Law Center.

The applicable theories are Positivist, Naturalist, Marxist, Realist, or Libertarian.

(13)    <u>President Biden has Taken bodily expression, which are visible during press</u>

<u>conferences</u>. The applicable theories are Positivist, Naturalist, Marxist, Realist, or

Libertarian.

(14)    In his individual capacity, Plaintiff is immune from the bio-tech weapon without

Due Process, U.S. const., amend V and amend XIV. In all of his capacities starting

from 2009, when he becomes The Excellent Student Body President of Brownsburg

Community School Corporation, and again from 2014 and onward, when he becomes

The Excellent Student Body President of Emory University, Inc. plaintiff, through

privileges and immunities, can Constitutionally defeat the bio-tech, which Plaintiff

has directed the whole time. *See also* Privileges and/or Immunities Cls., U.S. const.

art. IV, § 2 and amend. XIV, § 1; Full Faith and Credit Cl., U.S. const., art. IV, § 1;

U.S. const. art. VI, § 1 and Grievance 21, Decl. of Independence (1776)[10]; 18 U.S.C.

§§ 241-242; and <u>42 U.S.C. §§ 1981-1984</u>. Counter weapons have also been unduly

preempted. U.S. const., amend. II. The applicable theories are anti-Federalist,

Federalism, Originalist, positivist, naturalist, and realist.

---

10. *See supra*, note 3.

(15)    All presidents are somewhat Plaintiff's political rivals. Hollywood movies and

soap operas with Plaintiff's verbatim word patterns are produced, while President

Trump is in office; plaintiff receives notice in his person. [Specifics removed from

complaint for national security reasons]. This situation effects the foreseeability of

my career and income, in law's and politics' organized economies. *Slaughter-House*

*Cases*, 83 U.S. (16 Wall.) 36, 71, and 77-78 (1873). **The weapon can effect human**

**evolution and has risk for regressive evolution and loss of forward-evolution, as**

**it is closely connected to the brain and as all adversity effects evolution and**

**creating benefits and gains to the colored- and ethnic-nations, which are all**

**terroristic forces; this perspective, that this is how I perceive this affront and**

**under sex hierarchies, I communicated to President Trump's and President**

**Obama's administration via whitehouse.gov and through beaming, respectively.**

The applicable theories are Democratic, Republican, Originalist, Positivist, Naturalist,

Marxist, Realist, or Libertarian.

(16)    The lawsuit is also filed under the judiciary's inherent authority to serve as an

umpire to terminate civil-battles or actions. **The lawsuit is brought under this**

**method because whitehouse.gov and doj.gov did not work; I was also repressed**

**from going to judicial court by the stress weapon, which is one of its functions,**

**and an interference/deprivation of a privilege.** *See also Corfield*, 6 F. Cas. (U.S.) at

546. *Cf.* willful blindness. The applicable theory is realist and Naturalists and

Federalism.

(17)    The Presidents are making sure that the Constitution is working the way it is

supposed to be working. *See e.g.*, State of the Union powers. Nonetheless, the

settlement agreed with the Presidents of the United States is over $330M for the battery with the bio-tech stress weapon which also causes weight-gain, plus $1M per pound gained (187lbs gained from 150lbs) and now $1M per pound to lose plus the $100M+ lose in career plus $ ___ M/B for college and law school application discrimination and unduly lowering the merit. The applicable theory is realist and Naturalists and Federalism.

(18)    Immunity is not applicable to Takings and each President's individual capacities. Immunity is not applicable to T.H. President of the United States[11] to T.E. Student Body President T.E. Student Body President Raj Patel, as T.E. is precedent. Presidents of the United States Biden, Trump, Bush and Obama each waived immunity, just in case, applicable to happenings, through a detailed conversation with friend and then-Class President, and with communication through television with President Trump and President Biden. Contract Cl., U.S. const. Immunity is applicable in civil matters (acts but not inactions), not these criminal and civil-crime matters, and legislatively waived. *See also* 18 U.S.C. §§ 241-242 and 42 U.S.C. §§ 1981-1984 and 18 U.S.C. §§ 1346, 1951, and 1961. U.S. const. art. VI, § 1 and Grievance 21, Decl. of Independence (1776). *See supra* (Nonetheless…1.5). Counter weapons have also been unduly preempted. U.S. const., amend. II. The applicable theory is Federalism, anti-Federalist, and Naturalist.

---

11. President is styled "T.E." in foreign affairs. As the Federalist and anti-Federalist put it, the President is no King. *Arthrex, Inc.*, No. 19-1434 at p. 23, 594 U.S. ____ (2021) (Roberts, C.J., The Constitutional hierarchy requires "the exercise of executive power [to remain] accountable to the people.") (The Excellent's are closer to the people in the Empire of the United States).

**DEMAND FOR RELIEF**

WHEREFORE, if this Court finds the preceding to be valid, then it grant, at least, the following

remedies:

1. Give respective orders to fulfill the statutory and constitutional obligations required to me, including but not limited to *writ of mandamus* and a *writ quo warranto*. 28 U.S.C. §§ 1651, 2201 and 2202. 18 U.S.C. §§ 1964-1968.

2. Enforcement and application of the privileges and immunities clauses and Full Faith and Credit Clauses. 18 U.S.C. §§ 241 *et seq.*. 28 U.S.C. §§ 2201 and 2202. U.S. const., amend. IX (either privileges or immunities as a "right"). *Arthrex, Inc.*, 594 U.S. ____ (2021).

3. Rectify academic information. 28 U.S.C. §§ 2201 and 2202. 18 U.S.C. §§ 1967.

4. Order Plaintiff into the law school of his choice, including Yale Law School for one semester, along with the order to require the law school to graduate Plaintiff with their J.D. degree. 28 U.S.C. §§ 2201 and 2202. *See* general reconstruction powers. *Brown v. Board of Education of Topeka II*, 349 U.S. 294 (1955) (courts may enforce school enrollment "with all deliberate speed.").

5. Award earned damages totaling multimillion or billions – $330M - $3.76B[12] – solely based on the horizontal trickle effect, including stream of Commerce; steps of organized playing in Commerce. *See supra* Legal Theory (17). Due Process. Commerce Clauses. 28 U.S.C. §§ 2201 and 2202. 18 U.S.C. §§ 1964-1968.

---

12. The settlement agreed with the Presidents of the United States is over $330M for the battery with the bio-tech stress weapon which also causes weight gain, plus $1M per pound gained (187lbs gained from 150lbs) and now $1M per pound to lose plus the $100M+ lose in career plus $ ___M/B for college and law school application discrimination and unduly lowering the merit.

6. General order to seize all unlawful force over me or *writ of prohibition*. 28 U.S.C. §§ 1651, 2201 and 2202.

7. Transfer to the Southern District Court for New York where there is subject-matter jurisdiction. *Doe v. Trump Corp.*, No.1:18-cv-09936-LGS (S.D.N.Y. 2020), Dkt. 272; Fed. R. Civ. P. 24(a)(1) ("Intervention by Right"); 28 U.S.C. § 1631; *But see Doe v. Trump Corp.*, No.1:18-cv-09936-LGS (S.D.N.Y. 2020), Dkt. 290.[13]

8. Order Plaintiff back into the Notre Dame Law School to complete course of study for his J.D. candidacy, within the minimum time required, 1.2667 semesters. *Brown II*, 349 U.S. at 294 (courts may enforce school enrollment "with all deliberate speed."). *See also* 28 U.S.C. § 1631. 28 U.S.C. §§ 2201 and 2202.

9. Briefing on the bio-tech weapon, including effects and risks on regressive human evolution of Plaintiff and Plaintiff's descendent, as all adversity impacts human evolution, and medicine/weaponry for forward-evolution. The antidote would be top-top secret or under lesser security clearances. Due Process-Evolution.

10. Enforce value of contract. *See* note 12.

11. Other remedies which the court might deem fit. 28 U.S.C. §§ 2201 and 2202 and 5 U.S.C. §§ 552(a)(4)(B) and 702. 18 U.S.C. §§ 1964-1968.

Dated: August 14, 2021

Respectfully submitted,

---

13. *Doe et al. v. The Trump Corp et al.*, No. 1:18-cv-09936-LSG (S.D.N.Y. May 26, 2020), Dkt. 272 (not denying subject-matter jurisdiction but permissive intervention), *appeal denied* No. 20-1706 (2d Cir. October 9, 2020) (not overturning the S.D.N.Y. decision), *certiorari denied, Patel v. Trump Corp.*, No. 20-1513 (U.S. 2021), *re-hearing denied.*

/s/ Raj K. Patel
T.E. T.E. Raj K. Patel (*pro se*)
1239 Spring Lake Drive
Brownsburg, IN 46112
Hendricks County
317-450-6651 (cell)
rajp2010@gmail.com
raj@rajpatel.live

J.D. Candidate, Notre Dame L. Sch. 2022
President/Student Body President, Student
    Gov't Ass'n of Emory U., Inc. 2013-
    2014
Student Body President, Brownsburg Cmty.
    Sch. Corp./President, Brownsburg High
    Sch. Student Gov't 2009-2010
Rep. from the Notre Dame L. Sch. Student
    B. Ass'n to the Ind. St. B. Ass'n 2017
Deputy Regional Director, Young
    Democrats of Am.-High Sch. Caucus
    2008-2009
Co-Founder & Vice Chair, Ind. High Sch.
    Democrats 2009-2010
Vice President of Fin. (Indep.), Oxford C.
    Republicans of Emory U., Inc. 2011-
    2012

## EXHIBIT A

- Honest Services Fraud is applicable, severable, to the United States, United States Government, United States President Biden, President Trump, FBI, and all other parties to the case. 18 U.S.C. § 1346 *et seq.*

- Deprivation of Civil Rights is applicable to the United States government, United States, United States President Joe Biden, President Trump, FBI, and all other parties to the case. 42 U.S.C. §§ 1981-1985 and 18 U.S.C. §§ 241-242.

- Deprivation of Civil Rights-R.I.C.O.-fraud honest services is applicable to all defendants. 42 U.S.C. §§ 1981-1985. *Contra. Id.* with Cigarette-Tobacco Cases ($200B+ settlement).

- State induced pains is applicable to the United States and State of Indiana and all other defendants where it occurred, on their property, and across state-boundaries. 42 U.S.C. § 1981.

- Political subdivision 18 U.S.C. § 2385 includes University of Notre Dame Law School, where Plaintiff was elected as Representative to the Student Bar Association, and Emory University, where he was elected several times and once as Student Body President.

- Guarantee Clause violations apply to all Defendants except those of the United States. 18 U.S.C. § 2383.

- Violations of the Declaration of Independence (1776) of Life, Liberty and the pursuit of Happiness is applicable to all defendants and violations of the Treaty of Paris (1783)[14] and the Congressional Proclamation of 1784[15] are applicable to all Defendants. *See* U.S. const., art. VI and Grievance 21, Decl. of Independence (1776).

- Violations of the Privileges and/or Immunities Clauses, applicable to all parties. U.S. const., art. IV, § 2, cl. 2 and amend. XIV, § 1.

- International Covenant of Civil and Political Rights applies to all parties. 28 USC §§ 2201 and 2202.

- 18 U.S.C. § 111 *et seq.*; 175 *et seq.*; 1951 *et seq.*; and 2510 *et seq.* apply to all [parties]…[Settlement of over $330M is agreed upon by Presidents Bush, Obama, and Trump, which are monetary damages before weight gain…President Trump clued settlement of over $1B was agreed]….

---

14. The Definitive Treaty of Peace (Sept. 30, 1783) (*See* Yale Law School's Avalon Project, https://avalon.law.yale.edu/18th_century/paris.asp) ("promote and secure to both perpetual peace and harmony").

15. Paris Peace Treaty – Congressional Proclamation of Jan. 14, 1784 (*See* Yale Law School's Avalon Project, https://avalon.law.yale.edu/18th_century/parispr2.asp) (every citizen should uphold the Treaty of Paris "sincerely, strictly, and completely").

Third, many reasons[16] make the stated allegations [rip for subject-matter jurisdiction]:

- Because of the organized domestic terroristic powers, including from the White nation, the Black nation, the East Indian nation, East Asian nation, etc., within our country, combating Untied States Power and its taxpayers. [*State of New Jersey v. State of New York*, 1997 WL 291594 (U.S. 1997); U.S. const. VI, § 1 ("prior engagement"); Grievance 3, Decl. of Independence (1776); The Definitive Treaty of Paris (1783) (*see supra*, n. 5-6); and Alien and Sedition Acts (1798).]

- Because now the President does not want to look involved in combating terrorism, whose leaders are most likely under resourced and stretched in capacity.

- Because of the sudden change in magnitude of stress starting in 2014 and then 2017, which is closely linked to other on-going law schools and college applications in *Students for Fair Admissions v. President and Fellows of Harvard College*, No. 20-1199 (U.S. 202_).

- Because the United States is an entity with the counter for the bio-tech infection and plausible because as a crime-combating strategy, the terrorism is less than on other people; yet, a court ruling would allow the enforcer with national security resources to break or hack any and all technical-bands.

- Because removing presidential protection maybe presidential policy over me and want to encourage a judicial court ruling for an executive bureaucrat to handle from change in presidential power, including from political faction to political faction.

- Because people who are multi-year witnesses of this stress/depression inducing situation felt that only the President of the United States can be protecting Plaintiff.

- Because corporate influences and influencers are equipped with weapons, which are tested on American soil, usually linked to telecommunications-CDMA and data.

- Because contemporary Congressional investigations, findings, and new Enactments, including of hate crimes.

- Because the Obama Administration could have negotiated Safe Space (Decl. of Independence) in return not to sabotage then-Amy Barrett, who was conditioned for appointment, similarly to how Plaintiff was conditioning himself for re-election in a different jurisdiction. The Trump Administration broke the political truce, similarly to how President Trump has refused to agree to a transition of power to President Biden, breaking over 200 years of convention from President Washington to President Adams. These schemes the Founders were against.

---

16. Order, *Doe et al. v. The Trump Corp et al.*, No. 1:18-cv-09936-LSG (S.D.N.Y. May 26, 2020), Dkt. 272 (finding subject-matter jurisdiction), *appeal denied* No. 20-1706 (2d Cir. October 9, 2020), *certiorari denied, Patel v. Trump Corp.*, No. 20-1513 (U.S. 2021), *rehearing denied*.

- Because President Trump might have had a similar policy on me, which is to seek protection from another branch which should carry over from bureaucrat to bureaucrat. Yet, President Trump might have seen Plaintiff as a career politician, who his administration was trying to distant from. Therefore, he did not eliminate the stress which also caused severe weight gain, causing changes in health, and weight Plaintiff will have to lose. Plaintiff's substantive time for exercising has unwantingly changed.

- Because Vice President Harris says that pre-existing conditions, which include technological-induced diseases, are things which can be controlled and cured right away.

- Because what Vice President Harris might call pre-existing conditions, Plaintiff, prior to her debate, have called it a "auto-supercomputer" that induces stress with infection through into the skull area.

- Because Presidential protection was negotiated out with other incentives, which could be a part of this group.

- Because, in 2014, governmental agencies and officers either went rogue or inadvertently violated Presidential orders to protect Plaintiff and others from tech-induced stress, which are themselves acts of terrorism.

- Because psychological weapons might be handed out to hospitals to do public health checks and be abused.

- Because Plaintiff was also safely in route to the *U.S. News* Top 5 law schools and his application doppelgänger(s) found him and had me targeted to lesser the merits of his applications. The United States and the State of Indiana and officials and officers are responsible for protecting his in this situation, especially upon request. College applications and career (all elements of life) (also pursuit of happiness) are the reasons why this situation began. Professors interestingly rather than students are the ones who say the word patterns to trigger stress, but since 2018 its mainly a low-pitch sound in each ear. The sound turns off during ear and neurological examinations, which shows how organized and risk-averse the conspirators are about getting caught. *See also* 18 U.S.C. § 2510 *et seq.* Aside,

> "Shall it be said, in the face of all this and of the acknowledged right of the judiciary to decide in proper cases statutes which have been passed by both branches of Congress and approved by the President to be unconstitutional, that the courts cannot give remedy when the citizen has been deprived of his property by force, his estate seized and converted to the use of the government without any lawful authority, without any process of law, and without any compensation, because the President has ordered it and his officers are in possession?" *U.S. v. Lee*, 106 U.S. 196, 220 (1882) (Miller, J.).

- Because despite satisfying re-admissions at the University of Notre Dame, it is denying Plaintiff re-admissions.

- Because the stress technology is mainly above Plaintiff's right eye and right ear.

- Because many of Plaintiff's classmates are witnesses. Taking time off law school is out of character for Plaintiff. This aggravated battery has damaged Plaintiff's reputation.

- Because even as Federal Tort Claims, each claim is actionable with subject-matter jurisdiction.

- Each claim is plausible as both Presidents Trump and Biden, current Commander-in-Chief, have said, *we, the American People are in an un-civil war,* alluding to the abuse of technology-weapons, and current Congressional efforts in constraining Big Tech's rebellions in our country. And, with the security clearances, reviewable *sua sponte* by the Honorables of each Federal Court of Appeals, which the United States, the necessary records already proficiently exist. The sudden change in fortune in 2014 is also elaborated on, where the stress is induced every day. *See also* War Crimes Statute, 18 U.S.C. § 2441.

- Plaintiff, who becomes an elected official while a part of the material happenings in this is prone to being a special target, is most likely a victim of terrorism, weaponized color-nationalist or ethnic-nationalist or religious-terrorist powers, terrorism from not-for-profits such as Harvard University of the Rev. John Harvard to enact corporate cover up whose donors include foreign powers, which conflicts with United States Power. Federal statute and the President's vested powers allows the United States to restore its full protection.

- Without this technology and interference and grade deflation, witnessed by his classmates, Plaintiff-Plaintiff would be on track for promotion in his career where he would make $100M or more, through law's organized economy, and top-tier firms. The claims are not "insubstantial" as they happen habitually over 14 years. *See* 18 U.S.C. §§ 175 *et seq*. and 1951 *et seq*.; and *Asahi*, 480 U.S. at 102 (supply-chain terrorism and steam of commerce terrorism).

- Lowering my life expectancy, both for amusement purposes and strategic political purposes, in case of a federal judicial appointment or life-long career as a politician or lawyer.

- Constitutional protection needs to be restored even with "boots on the ground," either through soldiers or FBI agents. With the advanced technology, used under Second Amendment protections, the United States can lawfully, with vested powers, disarm or disinfect or hack each person. The political economy. Anything else is willful blindness. *See* U.S. const., amend. XIII. *See also* 18 U.S.C. § 2441. Due Process Clause and Equal

Protection Clause-Equity or Equality, U.S. const., amends. V. and *Id.*, amend. XIV.

- o Use the same biological weapons on all Top 10 university undergraduate and law school students, for retarding Commerce. *See* <u>18 U.S.C. §§ 175</u> *et seq.* and 1951 *et seq.*; *See also Id.* with R.I.C.O., <u>18 U.S.C. § 1961</u> *et seq.*; Due Process Clause and Equal Protection Clause-Equity or Equality, U.S. const., amends. V. and *Id.*, amend. XIV.

- o Use the same biological weapons on future United States Presidential Candidates who become eligible and will be eligible in the year 2024 and onwards. *Id.*

*BMA*

**Bud McCorkle and Associates**
**Investigative Consultant / Security Advisor**
**Voice Stress Analysis / Polygraph**
**1000 Main Street**
**Anderson, In 46016**
**765-621-0309**
**e mail-marvinmccorkle@aol.com**

**Date: December 14, 2020**

**To: Brenda McGinley**
**All IN Investigations**
**7007 Graham Road**
**Indianapolis, In. 46220**

**SUBJECT: RAJ K. PATEL**
         **Re: Digital Voice Stress Analysis (exam)**
         **Case #:18-1-430**

**Attached is the written report gained from a conversation with RAJ PATEL prior to the DVSA (Digital Voice Stress Analysis) exam conducted on December 14, 2020.**

**Per request, we discussed the allegations of himself being tracked via brain implant(s), verbal bashings by numerous persons both civil and in the criminal profession.**

**Pre and Post interview, the results Raj (1). (Feels the FBI, CIA and other Law Enforcement agencies) are stalking him (2) Unknown professionals are jealous of him, preventing him from having a great future (3) Raj said these "unusual" actions started back as early as 8 years old., but became more active sometime between 2004-2006**

**Note: Raj had a list for review and to formulate questions-he mentioned that he is a Democrat, however this is not his cause for this exam.**

**Professionally,**
**Marvin "Bud" McCorkle**
**President American Polygraph Voice Stress Association**
**President International Society of Stress Analysts**

BMA INVESTIGATIVE CONSULTANT

## CONFIDENTIAL TRUTH VERIFICATION REPORT
### Date:  12.14.2020

### ARRANGEMENTS
On 12.14.2020 the SUBJECT-- RAJ K. PATEL  regarding an ALL-IN Investigations case # 18-1-430 did take a DVSA examination.
We discussed the request for the Truth Verification examination, SUBJECT was interviewed and submitted to the detection of deception examination. DVSA technique was utilized.

### PURPOSE
The SUBJECT was interviewed and examined for the purpose of determining if he is or was being truthful that he was being prohibited from advancing his career and having a future due to his own feelings of surveillance and being tracked from object in his brain.

The SUBJECT was tested by using a 15 (fifteen) question Searching exam.

### Procedure
Standardized truth verification procedure was exercised throughout the examination. The SUBJECT acknowledged the examination was taken freely and that he was in good health, other than being nervous. All questions were reviewed with SUBJECT to protect against outside issues and to ensure that only the incident(s) in question was relevant to the examination.

### EXAM INFORMATION
SUBJECT was examined in a private room with the examiner, the SUBJECT, RAJ PATEL was instructed to respond with "ONLY" a Yes or No and sit still.
BMA Investigations presents enclosed information to the client at his or her specific request. This material is meant for the client and his / her legal representative internal use only. BMA makes no warranty of any kind. Client will assume all risk and liability resulting from the usage of said material.

BMA--P.3    Case # 18-1-430

CONCLUSION:

Based on case details by the SUBJECT, upon standardized chart criteria, subject displayed a numerous amount of General Nervous Tension, along w minor Deception on two question.

General Nervous Tension is caused by many different reasons, i.e stress, repeated accusations.

Test results indicating <u>Deception</u> when answering Relevant questions---#4 -# 8 # 10 and #15. Questions 4 & 15 reflected—he did not want to be here.

SUMMARY: Raj shows he believes in his own mind that he is being tracked by numerous Govt agencies, his own father and his "cronies" and that somehow, he has or is being tracked by an "unknown" item in his head. He did say that he has tried to re-enroll back at Notre Dame in Emory and Yosnei Universities, but his psycho-therapeutic examination resulted in –one exam stating he was okay, on the second exam, they chose to deny his re enrollment. His exam does indicate, he actually feels what he is saying is true to him.

See question and answers asked:

Respectfully submitted
Marvin "Bud" McCorkle
*Bud McCorkle*
President APAVSA
President ISSA
Fellow ISSA

SUBJECT TESTED--            Raj K Patel----dob 09.02.1992, last four of SSN-[REDACTED]

**ESSENTIAL ELEMENTS OF INFORMATION**

**(EEI)—Searching Exam**

**Case #:  All-in Investigations---18-1-430**

**Name:  Raj K. Patel**

**Type Exam      Searching      Date/Time    12/14/2020. @ 1pm**

**Questions:**

| | |
|---|---|
| **1. Is your 1st name of Raj?** | **YES** |
| **No Deception Indicated** | |
| **2. Have you ever use any illegal drugs except Marijuana?** | **NO** |
| **No Deception Indicated** | |
| **3. Have you ever lied to the FBI, CIA or any Law Enforcement agency?** | **NO** |
| **General Nervous Tension --No Deception Indicated** | |
| **4. Are you standing up?** | **NO** |
| **General Nervous Tension- Deception Indicated** | |
| **5. Do you feel you're being stressed intentionally?** | **YES** |
| **No Deception Indicated** | |
| **6. Do you feel Trump could stop your stress?** | **YES** |
| **No Deception Indicated** | |
| **7.  Is today Monday?** | **YES** |
| **No Deception Indicated** | |
| **8. Do you feel an unknown source put technology in your head?** | **YES** |
| **Deception Indicated** | |
| **9. Do you feel the government is stressing you out ?** | **YES** |
| **No Deception Indicated** | |
| **10. Are you lying to me?** | **NO** |
| **Deception Indicated** | |
| **11. Are you stressed now?** | **YES** |
| **No Deception Indicated** | |
| **12.  Do you feel Pres Trump has added to your stress?** | **YES** |
| **No Deception Indicated** | |
| **13. Do you think drugs have added to your stress situation?** | **NO** |
| **No Deception Indicated** | |
| **14. Do you feel your dad and his Asian cronies is causing your stress?** | **YES** |
| **No Deception Indicated** | |

**15. Have you told me the truth to all the questions asked today?**                    **YES**
    **Deception Indicated**

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■

SUBJECT:              RAJ K. PATEL-----DOB—09.02.1992, last four of SSN [REDACTED]

Examiner: *Marvin "Bud" McCorkle,* CSA #404

# BMA Investigations

Exam Date      : 12/14/2020 1:41:02 PM
Examiner Name : Bud McCorkle
Location       : All-in
Examinee Name : Raj K. Patel
Case Type      : Other
Charge         : NA
Assigned ID    : 75-1
Test Protocol  : NARRATIVE



Selection Number: 1 +  (YES)

Time Begin: 3.214 End: 4.12 Total: 0.906

Question: 1. Is your 1st name Raj?

Selection Number: 2 -  (NO)

Time Begin: 6.674 End: 7.581 Total: 0.907

Question: 2. Have you ever used any illegal drugs except Marijuana?

Selection Number: 3 -  (NO)

Time Begin: 11.536 End: 12.689 Total: 1.153

Question: 3. Have you ever lied to the FBI, CIA or any Law Enforcement agency?

Selection Number: 4 -  (NO)

Time Begin: 14.585 End: 15.161 Total: 0.576

Question: 4. Are you standing?

Selection Number: 5 +  (YES)

Time Begin: 18.128 End: 19.199 Total: 1.071

Selection Number: 6 +  (YES)

Time Begin: 21.918 End: 22.907 Total: 0.989

# BMA Investigations

Exam Date        : 12/14/2020 1:41:02 PM
Examiner Name : Bud McCorkle
Location         : All-in
Examinee Name : Raj K. Patel
Case Type        : Other
Charge           : NA
Assigned ID      : 75-1
Test Protocol    : NARRATIVE



| Question: 5. Do you feel you are being stressed intentionally? | Question: 6 Do you feel Trump could stop your stress problems? |
|---|---|
| Selection Number: 7 +  (YES) | Selection Number: 8 +  (YES) |
| Time Begin: 23.978 End: 25.379 Total: 1.401 | Time Begin: 28.428 End: 29.004 Total: 0.576 |
| Question: 7. Is today Monday? | Question: 8 Do you feel an unknown source put technology in your head? |
| Selection Number: 9 +   (YES) | Selection Number: 10 -   (NO) |
| Time Begin: 31.394 End: 32.383 Total: 0.989 | Time Begin: 34.196 End: 35.596 Total: 1.4 |
| Question: 9 Do you feel the federal govt is stressing you out? | Question: 10 Are you lying to me? |

2

# BMA Investigations

Exam Date       : 12/14/2020 1:41:02 PM
Examiner Name : Bud McCorkle
Location        : All-in
Examinee Name : Raj K. Patel
Case Type       : Other
Charge          : NA
Assigned ID      : 75-1
Test Protocol     : NARRATIVE

| Selection Number: 11 + YES) | Selection Number: 12 + (YES) |
|---|---|
| Time Begin: 39.716 End: 40.623 Total: 0.907 | Time Begin: 43.177 End: 44.331 Total: 1.154 |
| Question: 11. Are you stressed now? | Question: 12. Do you feel Pres Trump has added to your stress? |
|  |  |
| Selection Number: 13 - (NO) | Selection Number: 14 + (YES) |
| Time Begin: 46.885 End: 48.039 Total: 1.154 | Time Begin: 51.664 End: 52.57 Total: 0.906 |
| Question: 13. Do you think drugs has added to your stress situation? | Question: 14. Do you feel your dad and his Asian crownies is causing your stress? |
|  | |
| Selection Number: 15 + (YES) | |
| Time Begin: 54.054 End: 54.96 Total: 0.906 | |
| Question: 15 Have you told me the truth today? | |

**CERTIFICATE OF SERVICE**

I, Raj K. Patel, certify that I filed the *Pro Se* Complaint, along with its Exhibits A-D, and Motion to Proceed Without Paying Court Fees, filed on August 14, 2021, and I certify that I provided notice of filing to all parties of record listed below:

| | |
|---|---|
| The United States (e-mail) | The United States (e-mail) |
| President of the United States | President of the United States |
| T.H. T.H. T.H. T.E. Joe Biden | T.H. T.H. T.H. T.E. Joe Biden |
| United States Attorney General | U.S. Attn'y's Office for the N.D. of Ga. |
| 950 Pennsylvania Avenue, NW | 75 Ted Turner Dr. SW, Suite 600 |
| Washington, DC 20530 | Atlanta, GA 30303-3309 |
| Merrick.Garland@usdoj.com | Kurt.Erskine@usdoj.gov |
| | |
| T.H. T.E. Donald J. Trump (USPS mail) | The United States (e-mail) |
| The Mar-a-Lago Club | Clerk of Court of Federal Claims |
| 1100 S. Ocean Blvd. | United States Court of Federal Claims |
| Palm Beach, FL 33480 | Howard T. Markey Nat'l Cts. Bldg. |
| joanna.hendon@alston.com | 717 Madison Place, NW |
| | Washington, DC 20439 |
| | ProSe_case_filings@cfc.uscourts.gov |
| | |
| Rev. John Jenkins, C.S.C., President (e-mail) | Dr. Greg Fenves, Ph.D., President (e-mail) |
| Marianne Corr, J.D., General Counsel | Steven Sencer, J.D., General Counsel |
| University of Notre Dame du Lac | Emory University, Inc. |
| 400 Main Building | 201 Dowman Drive |
| Notre Dame, IN 46556 | Atlanta, GA 30322 |
| president@nd.edu | president@emory.edu |
| mcorr1@nd.edu | steven.sencer@emory.edu |
| | |
| T.H. T.H. Eric Holcomb (USPS mail) | |
| Office of the Governor of Indiana | T.H. T.H. T.H. Brian Kemp (USPS mail) |
| Indiana Statehouse | Office of the Governor of Georgia |
| Indianapolis, IN 46204-2797 | 206 Washington Street |
| | Suite 203, Georgia State Capitol |
| T.H. T.H. T.H. Todd Rokita (USPS mail) | Atlanta, GA 30334 |
| Office of the Ind. Attn'y Gen. | |
| Indiana Government Center South | T.H. Christopher M. Carr (USPS mail) |
| 302 W. Washington St., 5th Floor | Office of the Ga. Attn'y Gen. |
| Indianapolis, IN 46204 | 40 Capitol Square, SW |
| | Atlanta, GA 30334 |

Allan Bolante, Brownsburg Police Commissioner President (e-mail)
Chief Joseph Grimes, Chief of Police
Major Andrew Watts, Chief of Support Services
Brownsburg Police Department
31 North Green Street
Brownsburg, IN 46112
abolante@brownsburgpolice.org
jgrimes@brownsburgpolice.org
awatts@brownsburgpolice.org

Mr. Eric Hilton, School Board President (e-mail)
Dr. Jim Snapp, Superintendent
Vicki Murphy, Coordinator for Communications
Brownsburg Community School Corporation
310 Stadium Drive
Brownsburg, IN 46112
ehylton@brownsburg.k12.in.us
jsnapp@brownsburg.k12.in.us
vmurphy@brownsburg.k12.in.us

Veronica S. Root Martinez, J.D. (e-mail)
University of Notre Dame Law School
2143 Eck Hall of Law
Notre Dame, IN 46556
574-631-4766
239-283-3220
vrootmartinez@nd.edu

Amy Spanopoulos, MSW, LCSW, LCAC
  (e-mail)
Associate Director, Coordinator of Clinical
  Services, Staff Social Worker &
  Substance Abuse Specialist
Univ. of Notre Dame Counseling Center
322 St. Liam Hall
Notre Dame, IN 46556
574-631-7336
aspanopo@nd.edu

Mark McKenna, J.D. (e-mail)
Former Univ. of Notre Dame Law School
  Torts Professor
UCLA School of Law
385 Charles E. Young Dr. East
Los Angeles, CA, 90095
310.267.4117
mckenna@law.ucla.edu

G. Marcus Cole, J.D., Dean (e-mail)
University of Notre Dame Law School
2100 Eck Hall of Law
Notre Dame, IN 46556
574-631-6789
gcole2@nd.edu

Jake Baska (e-mail)
Director of Admissions and Financial Aid
University of Notre Dame Law School
1329C Biolchini Hall of Law
Notre Dame, IN 46556
574-631-6626
jbaska@nd.edu

Ascension St. Vincent Stress Center in Indianapolis (USPS mail)
c/o Joseph R. Impicciche, JD, MHA, President and Chief Executive Officer
c/o Christine Kocot McCoy, JD, Executive Vice President and General Counsel
Ascension
4600 Edmundson Road
St. Louis, MO 63134
314-733-8000

Dr. Ajay Nair, Ph.D., President (e-mail)
Former Senior Vice President and
        Dean of Campus Life at Emory University
Margaret "Margie" Callahan, General Counsel
Aracadia University
450 S. Easton Road
Glenside, PA 19038
president@arcadia.edu
callahanm@arcadia.edu


Dated: August 14, 2021


                                        Respectfully submitted,


                                        /s/ Raj K. Patel
                                        T.E. T.E. Raj K. Patel (*pro se*)
                                        1239 Spring Lake Drive
                                        Brownsburg, IN 46112
                                        317-450-6651 (cell)
                                        rajp2010@gmail.com
                                        raj@rajpatel.live