IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

The Excellent Raj Patel,

    Plaintiff,

v.                                Case No. 1:21-cv-3376-MLB

The United States, et al.,

    Defendants.

_____/

**ORDER**

Plaintiff The Excellent Raj Patel, proceeding pro se and in forma pauperis, sued the United States, the President of the United States, the Honorable the Excellent Joe R. Biden, the Honorable the Excellent Donald J. Trump, the State of Indiana, the State of Georgia, Brownsburg Police Department, Emory University, the University of Notre Dame DU LAC, Brownsburg Community School Corporation, Ajay Nair, Veronica Syretia Root Martinez, Mark McKenna, Amy Spanopoulos, Jake Baska, and Ascension St. Vincent Stress Center. (Dkt. 1-1.) On September 30, 2021, he filed a motion to withdraw his complaint. (Dkt. 15.) It appears that he seeks to dismiss this action. Accordingly, the Court **GRANTS**

Plaintiff's motion to withdraw his complaint (Dkt. 15) and **DISMISSES** this case **WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **CLOSE** this case.

The Court **DENIES AS MOOT** Plaintiff's motions for joinder (Dkts. 2; 9) and motion for leave to file by e-mail (Dkt. 13).

**SO ORDERED** this 5th day of October, 2021.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE